IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDAN E. ADAMS, | CV 22–131–M–DLC–KLD |
| Plaintiff, | |
| vs. | ORDER |
| DORSEY & WHITNEY, LLP, | |
| Defendant. | |

Before the Court is Plaintiff Brendan E. Adams' Notice of Dismissal. (Doc. 8.) The notice states that Plaintiff is dismissing this case without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure due to lack of true diversity jurisdiction. (*Id.* at 1.) Defendant has not served an answer or a motion for summary judgment, so dismissal is appropriate.

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice. The Clerk of Court is directed to close the case file.

DATED this 9th day of September, 2022.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1